

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-00838-CV

**IN THE INTEREST OF O.L.P.**, a Child

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-14945
Honorable Antonia Arteaga, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE SPEARS, AND JUSTICE MCCRAY

      In accordance with this court's memorandum opinion of this date, the trial court's judgment is AFFIRMED. It is ORDERED that Appellee Evan Porras recover his costs on appeal from Appellant Karen Eich.

      SIGNED May 21, 2025.

_____
Adrian A. Spears II, Justice